UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOPEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES ATTORNEY'S OFFICE FRESNO, et al.,<br><br>　　　　Defendants. | Case No.  1:22-cv-00322-DAD-EPG<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE<br><br>(ECF No. 2.)<br><br>ORDER REQUIRING PLAINTIFF TO FILE A LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>THIRTY (30) DAY DEADLINE |

　　　　Plaintiff Jessica Lopez ("Plaintiff"), proceeding *pro se*, has applied to proceed *in forma pauperis* ("IFP") in this action. (ECF No. 2.)

　　　　Plaintiff's application is not signed. Additionally, Plaintiff states that she is employed at Community Medical Centers and her take-home pay is $3,000.00 per month and her monthly expenses total $2,620.00. (ECF No. 2.) Specifically, Plaintiff estimates her monthly expenses as $1,720.00 for rent, $150.00 for utilities, $350.00 for food, and $200.00 for clothes. (*Id.* at 2.) Plaintiff has two children and she contributes $100.00 per month for each child's care. (*Id.*)

　　　　Without a fully completed IFP application, Plaintiff has not made the showing required to proceed IFP. *See* 28 U.S.C. § 1915(a). Further, Plaintiff's application, as written, is insufficient for the Court to determine if she is entitled to proceed without prepayment of fees in this action. The application will accordingly be denied without prejudice and the Court will order Plaintiff to

1

complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 so that the Court may further assess whether she qualifies for *in forma pauperis* status.  Plaintiff must accurately and adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED without prejudice;
2. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff; and
3. Within **thirty (30) days** of the date of this order, Plaintiff shall either (1) pay the $402.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

**If Plaintiff fails to comply with this order, the Court may dismiss this action for failure to obey a court order and/or failure to prosecute.**

IT IS SO ORDERED.

Dated:   **March 23, 2022**                    /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

2