UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA LOPEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES ATTORNEYS OFFICE, FRESNO and KATHLEEN ANN SERVATIUS,<br><br>　　　　　Defendants. | Case No. 1:22-cv-00322-ADA-EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS PLAINTIFF'S COMPLAINT WITHOUT LEAVE TO AMEND<br><br>(ECF No. 6). |

Plaintiff Jessica Lopez ("Plaintiff") proceeds *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. (ECF No. 1). This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On July 28, 2022, the assigned magistrate judge screened the complaint and issued findings and recommendations recommending that this action be dismissed for failure to state a claim without leave to amend. (ECF No. 6). Those findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days of service. (*Id.*) The twenty-one-day time period has passed, and Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on July 28, 2022 (ECF No. 6), are adopted in full;
2. Plaintiff's complaint is dismissed; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   September 2, 2022

UNITED STATES DISTRICT JUDGE