# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JESSICA LOPEZ,**

                      v.

**UNITED STATES ATTORNEY'S OFFICE FRESNO, ET AL.,**

                                        **JUDGMENT IN A CIVIL CASE**

                                        CASE NO: **1:22–CV–00322–ADA–EPG**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/6/2022**

                                                **Keith Holland**
                                                Clerk of Court

ENTERED: **September 6, 2022**

                                          by: /s/ T. Lundstrom
                                                  Deputy Clerk